# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PHILLIPS COUNTY, ARKANSAS**                                             **PLAINTIFF**

v.                              No. 4:23-cv-936-DPM

**UNITED STATES OF AMERICA and**
**A ROCK CONSTRUCTION CO., INC.**                              **DEFENDANTS**

## ORDER

I recuse.  Joshua A. Newton is on my recusal list.  The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

2 January 2024