# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHILLIPS COUNTY, ARKANSAS**                                        **PLAINTIFF**

**v.**                  **Case No. 4:23-cv-00936-LPR**

**A ROCK CONSTRUCTION CO., INC.**                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of June 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE